NUMBER 13-06-090-CR

 

                                      COURT OF APPEALS

 

                            THIRTEENTH DISTRICT OF TEXAS

 

                              CORPUS CHRISTI - EDINBURG

_______________________________________________________

 

JUAN MIGUEL MEDRANO, III

A/K/A
MICHAEL MEDRANO,                                                                  Appellant,

 

                                                             v.

 

THE STATE OF TEXAS,                                                                              Appellee.

_______________________________________________________

 

                               On appeal from the 214th
District Court 

                                           of Nueces
County, Texas.

_______________________________________________________

 

                                 MEMORANDUM OPINION

 

                             Before Justices Hinojosa,
Yañez, and Garza

                                    Memorandum Opinion Per Curiam

 

Appellant, JUAN MIGUEL MEDRANO A/K/A MICHAEL MEDRANO,
perfected an appeal from a judgment entered by the 214th
District Court of Nueces County, Texas,  in cause number 05-CR-3024-F.  Appellant has filed a motion to dismiss the
appeal.  The motion complies with Tex. R. App. P. 42.2(a).








The Court, having
considered the documents on file and appellant=s
motion to dismiss the appeal, is of the opinion that appellant's motion to
dismiss the appeal should be granted. 
Appellant's motion to dismiss the appeal is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 

filed this the 6th day of April, 2006.